NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: CYNTHIA A. WARK,**
*Appellant*

---

2018-1901

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/556,359.

---

**JUDGMENT**

---

THOMAS YOUNG, Young Basile Hanlon & MacFarlane P.C., Troy, MI, argued for appellant.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, MOLLY R. SILFEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court


May 9, 2019                          /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                     Clerk of Court